IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - ARRAIGNMENT

Case No.: 4:18-cr-11　　　　　　　　　　　　　Date: 11/16/2018

| **Defendants:** | **Counsel:** |
|---|---|
| Jaquan Lamont Trent, custody | Scott DeBruin, CJA |

PRESENT:　JUDGE:　　　　　Robert S. Ballou　　　　TIME IN COURT: 10 min
　　　　　　Deputy Clerk:　　K. Brown
　　　　　　Court Reporter:　K. Brown/FTR
　　　　　　U. S. Attorney:　Ron Huber
　　　　　　USPO:　　　　　Mike Terry

## ARRAIGNMENT

☒　Defendant(s) waives reading of Indictment/Information.
☒　Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | | 1-9 | | |

☒　Jury trial set for TBD before Judge Urbanski.
☒　Defendant(s) remanded to custody.

Additional Information:
1:03
Parties present and represented by counsel.　Defendant previously appeared for an IA on 11/14 before Judge Hoppe.
Government moves for detention.
Defendant does not contest detention at this time, but reserves the right to request that conditions of bond be set in
　　　the future.
Defendant remanded.
Adjourned.
1:13