FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

v.

Jaquan Lamont Trent

CASE NO.: 418CR11
DATE: 11/16/18
TYPE OF HEARING: ARR

**PARTIES:**

1. Robert S. Ballou
2. Charlene Day, AUSA
3. Scott Debruin, CJA
4. Jaquan Trent, dft.
5.
6.
7.
8.
9.
10.

Recorded by: K. Brown  Time in Court: 10 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|
| 1:03 | 1 | 1:11 | 1 |
|  | 2 |  | 3 |
| 1:04 | 1 | 1:12 | 1 |
|  | 4 |  | 2 |
|  | 1 |  | 1 |
|  | 3 | 1:12 | 3 |
| 1:06 | 1 |  | 1 |
| 1:06 | 2 |  | 2 |
|  | 4 |  | 3 |
| 1:10 | 1 | 1:13 | 1 |
|  | 4 |  |  |
|  | 1 |  |  |
|  | 3 |  |  |
|  | 1 |  |  |
|  | 4 |  |  |