IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA

v.   Criminal Action No. 4:18CR00011

JAQUAN LAMONT TRENT

In the presence of Paul Scott DeBruin, my counsel, who has fully explained the charges contained in the first superseding indictment against me, and having received a copy of the first superseding indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to said first superseding indictment and count one thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_____
Signature of Defendant

3/11/19
Date

_____
Witness P Scott DeBruin