IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | **Criminal Number: 4:18-CR-00011** |
| | **:** | |
| **MARCUS JAY DAVIS** | **:** | |
| **KEVIN LAMONT TRENT, JR.** | **:** | |
| **KANAS LAMONT'E TRENT** | **:** | |
| **DASHAUN LAMAR TRENT** | **:** | |
| **PHILLIP DAEKWON MILES** | **:** | |
| **SHABBA LARUN CHANDLER** | **:** | |
| **ASHLEY TIANA ROSS** | **:** | |
| **TENIKQUA FULLER** | **:** | |

## <u>VERDICT FORM</u>

1

# <u>COUNT ONE</u>

With respect to Count One – RICO Conspiracy

       WE, THE JURY, unanimously find the defendant, **MARCUS JAY DAVIS**

       **Guilty _____**           **Not Guilty _____**

<u>Special Finding</u>

       If you found the defendant **MARCUS JAY DAVIS** guilty of Count One, do you unanimously find that, as part of the RICO conspiracy, the defendant did murder Christopher Motley in violation of Virginia law, as set forth in the Notice of Special Sentencing Factor One of the First Superseding Indictment?

       **Yes:_____**       **No:_____**


\*\*\*\*

With respect to Count One – RICO Conspiracy

       WE, THE JURY, unanimously find the defendant, **KEVIN LAMONT TRENT, JR.**

       **Guilty _____**           **Not Guilty _____**

<u>Special Finding</u>

       If you found the defendant **KEVIN LAMONT TRENT, JR.** guilty of Count One, do you unanimously find that, as part of the RICO conspiracy, the defendant did murder Christopher Motley in violation of Virginia law, as set forth in the Notice of Special Sentencing Factor One of the First Superseding Indictment?

       **Yes:_____**       **No:_____**


\*\*\*\*

With respect to Count One – RICO Conspiracy

WE, THE JURY, unanimously find the defendant, **KANAS LAMONT'E TRENT**

**Guilty** _____          **Not Guilty** _____

Special Finding

If you found the defendant **KANAS LAMONT'E TRENT** guilty of Count One, do you unanimously find that, as part of the RICO conspiracy, the defendant did murder Christopher Motley in violation of Virginia law, as set forth in the Notice of Special Sentencing Factor One of the First Superseding Indictment?

**Yes:** _____          **No:** _____

****

With respect to Count One – RICO Conspiracy

WE, THE JURY, unanimously find the defendant, **DASHAUN LAMAR TRENT**

**Guilty** _____          **Not Guilty** _____

Special Finding

If you found the defendant **DASHAUN LAMAR TRENT** guilty of Count One, do you unanimously find that, as part of the RICO conspiracy, the defendant did murder Christopher Motley in violation of Virginia law, as set forth in the Notice of Special Sentencing Factor One of the First Superseding Indictment?

**Yes:** _____          **No:** _____

****

With respect to Count One – RICO Conspiracy

WE, THE JURY, unanimously find the defendant, **PHILLIP DAEKWON MILES**

**Guilty** _____          **Not Guilty** _____

Special Finding

If you found the defendant **PHILLIP DAEKWON MILES** guilty of Count One, do you unanimously find that, as part of the RICO conspiracy, the defendant did murder Christopher Motley in violation of Virginia law, as set forth in the Notice of Special Sentencing Factor One

3

of the First Superseding Indictment?

**Yes:**_____          **No:**_____

****

With respect to Count One – RICO Conspiracy

WE, THE JURY, unanimously find the defendant, **SHABBA LARUN CHANDLER**

**Guilty:** _____          **Not Guilty** _____

<u>Special Finding</u>

If you found the defendant **SHABBA LARUN CHANDLER** guilty of Count One, do you unanimously find that, as part of the RICO conspiracy, the defendant did murder Christopher Motley in violation of Virginia law, as set forth in the Notice of Special Sentencing Factor One of the First Superseding Indictment?

**Yes:**_____          **No:**_____

****

With respect to Count One – RICO Conspiracy

WE, THE JURY, unanimously find the defendant, **ASHLEY TIANA ROSS**

**Guilty** _____          **Not Guilty** _____

<u>Special Finding</u>

If you found the defendant **ASHLEY TIANA ROSS** guilty of Count One, do you unanimously find that, as part of the RICO conspiracy, the defendant did murder Christopher Motley in violation of Virginia law, as set forth in the Notice of Special Sentencing Factor One of the First Superseding Indictment?

**Yes:**_____          **No:**_____

****

4

# COUNT TWO

With respect to Count Two – Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Armonti Womack on June 15, 2016:

WE, THE JURY, unanimously find the defendant, **KEVIN LAMONT TRENT, JR.**

**Guilty** _____          **Not Guilty** _____

\*\*\*\*

With respect to Count Two – Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Armonti Womack on June 15, 2016:

WE, THE JURY, unanimously find the defendant, **KANAS LAMONT'E TRENT**

**Guilty** _____          **Not Guilty** _____

\*\*\*\*

With respect to Count Two – Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Armonti Womack on June 15, 2016:

WE, THE JURY, unanimously find the defendant, **DASHAUN LAMAR TRENT**

**Guilty** _____          **Not Guilty** _____

\*\*\*\*

With respect to Count Two – Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Armonti Womack on June 15, 2016:

WE, THE JURY, unanimously find the defendant, **PHILLIP DAEKWON MILES**

**Guilty** _____          **Not Guilty** _____

# COUNT THREE

With respect to Count Three – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Armonti Womack on June 15, 2016:

WE, THE JURY, unanimously find the defendant, **KEVIN LAMONT TRENT, JR.**

**Guilty** _____          **Not Guilty** _____

If you found the defendant **KEVIN LAMONT TRENT, JR.** Guilty of Count One, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty.  Check <u>all</u> that apply:

1.     Used:            ____

2.     Carried:         ____

3.     Brandished     ____

4.     Discharged     ____

\*\*\*\*

With respect to Count Three – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Armonti Womack on June 15, 2016:

WE, THE JURY, unanimously find the defendant **KANAS LAMONT'E TREN,**

**Guilty** _____          **Not Guilty** _____

If you found the defendant **KANAS LAMONT'E TRENT** Guilty of Count Three, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty.  Check <u>all</u> that apply:

1.     Used:            ____

2.     Carried:         ____

3.     Brandished     ____

4.     Discharged     ____

6

****

With respect to Count Three – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Armonti Womack on June 15, 2016:

WE, THE JURY, unanimously find the defendant **DASHAUN LAMAR TRENT**,

**Guilty** _____          **Not Guilty** _____

If you found the defendant **DASHAUN LAMAR TRENT** Guilty of Count Three, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty. Check <u>all</u> that apply:

1.    Used:            _____

2.    Carried:        _____

3.    Brandished     _____

4.    Discharged     _____

****

With respect to Count Three – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Armonti Womack on June 15, 2016:

WE, THE JURY, unanimously find the defendant **PHILLIP DAEKWON MILES**

**Guilty** _____          **Not Guilty** _____

If you found the defendant **PHILLIP DAEKWON MILES** Guilty of Count Three, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty. Check <u>all</u> that apply:

1.    Used:            _____

2.    Carried:        _____

3.    Brandished     _____

4.    Discharged     _____

7

**COUNT FOUR**

      INTENTIONALLY LEFT BLANK

**COUNT FIVE**

      INTENTIONALLY LEFT BLANK

# COUNT SIX

With respect to Count Six – Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Dwight Harris on June 15, 2016:

      WE, THE JURY, unanimously find the defendant **KEVIN LAMONT TRENT, JR.**,

**Guilty** _____           **Not Guilty** _____


**\*\*\*\***

With respect to Count Six – Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Dwight Harris on June 15, 2016:

      WE, THE JURY, unanimously find the defendant **KANAS LAMONT'E TRENT**,

**Guilty** _____           **Not Guilty** _____


**\*\*\*\***

With respect to Count Six – Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Dwight Harris on June 15, 2016:

      WE, THE JURY, unanimously find the defendant, **DASHAUN LAMAR TRENT**,

**Guilty** _____           **Not Guilty** _____


**\*\*\*\***

With respect to Count Six – Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Dwight Harris on June 15, 2016:

      WE, THE JURY, unanimously find the defendant, **PHILLIP DAEKWON MILES**,

**Guilty** _____           **Not Guilty** _____

# <u>COUNT SEVEN</u>

With respect to Count Seven – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Dwight Harris on June 15, 2016:

WE, THE JURY, unanimously find the defendant **KEVIN LAMONT TRENT, JR.**,

**Guilty: _____**          **Not Guilty: _____**

If you found the defendant **KEVIN LAMONT TRENT, JR** Guilty of Count Seven, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty. Check <u>all</u> that apply:

1. Used: _____

2. Carried: _____

3. Brandished _____

4. Discharged _____

****

With respect to Count Seven – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Dwight Harris on June 15, 2016:

WE, THE JURY, unanimously find the defendant **KANAS LAMONT'E TRENT,**

**Guilty _____**          **Not Guilty _____**

If you found the defendant **KANAS LAMONT'E TRENT** Guilty of Count Seven, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty. Check <u>all</u> that apply:

1. Used: _____

2. Carried: _____

3. Brandished _____

4. Discharged _____

****

9

With respect to Count Three – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Dwight Harris on June 15, 2016:

WE, THE JURY, unanimously find the defendant **DASHAUN LAMAR TRENT**,

**Guilty** _____          **Not Guilty** _____

If you found the defendant **DASHAUN LAMAR TRENT** Guilty of Count Seven, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty.  Check all that apply:

1.    Used:            ____

2.    Carried:        ____

3.    Brandished     ____

4.    Discharged     ____


****

With respect to Count Seven – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Dwight Harris on June 15, 2016:

WE, THE JURY, unanimously find the defendant **PHILLIP DAEKWON MILES,**

**Guilty** _____          **Not Guilty** _____

If you found the defendant **PHILLIP DAEKWON MILES** Guilty of Count Seven, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty.  Check all that apply:

1.    Used:            ____

2.    Carried:        ____

3.    Brandished     ____

4.    Discharged     ____

10

**COUNT EIGHT**

INTENTIONALLY LEFT BLANK

**COUNT NINE**

INTENTIONALLY LEFT BLANK

# COUNT TEN

With respect to Count Ten – Violent Crime in Aid of Racketeering, to-wit: Murder of Christopher Lamont Motley on August 20, 2016:

WE, THE JURY, unanimously find the defendant, **MARCUS JAY DAVIS**,

**Guilty** _____          **Not Guilty** _____

****

With respect to Count Ten – Violent Crime in Aid of Racketeering, to-wit: Murder of Christopher Lamont Motley on August 20, 2016:

WE, THE JURY, unanimously find the defendant, **KEVIN LAMONT TRENT, JR.**,

**Guilty** _____          **Not Guilty** _____

****

With respect to Count Ten – Violent Crime in Aid of Racketeering, to-wit: Murder of Christopher Lamont Motley on August 20, 2016:

WE, THE JURY, unanimously find the defendant, **KANAS LAMONT'E TRENT**,

**Guilty** _____          **Not Guilty** _____

****

With respect to Count Ten – Violent Crime in Aid of Racketeering, to-wit: Murder of Christopher Lamont Motley on August 20, 2016,

WE, THE JURY, unanimously find the defendant, **DASHAUN LAMAR TRENT**,

**Guilty:** _____          **Not Guilty:** _____

11

****

With respect to Count Ten – Violent Crime in Aid of Racketeering, to-wit: Murder of Christopher Lamont Motley on August 20, 2016:

WE, THE JURY, unanimously find the defendant, **PHILLIP DAEKWON MILES**,

**Guilty** _____          **Not Guilty** _____

****

With respect to Count Ten – Violent Crime in Aid of Racketeering, to-wit: Murder of Christopher Lamont Motley on August 20, 2016:

WE, THE JURY, unanimously find the defendant, **SHABBA LARUN CHANDLER**,

**Guilty** _____          **Not Guilty** _____

12

# COUNT ELEVEN

With respect to Count Eleven – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Murder of Christopher Lamont Motley"

WE, THE JURY, unanimously find the defendant, **MARCUS JAY DAVIS**

**Guilty _____**          **Not Guilty _____**

If you found the defendant **MARCUS JAY DAVIS** Guilty of Count Eleven, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty.  Check <u>all</u> that apply:

    1.     Used:       ____

    2.     Carried:    ____

    3.     Brandished    ____

    4.     Discharged    ____

****

With respect to Count Eleven – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Murder of Christopher Lamont Motley"

WE, THE JURY, unanimously find the defendant, **KEVIN LAMONT TRENT, JR.,**

**Guilty _____**          **Not Guilty _____**

If you found the defendant **KEVIN LAMONT TRENT, JR.,** Guilty of Count Eleven, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty.  Check <u>all</u> that apply:

    1.     Used:       ____

    2.     Carried:    ____

    3.     Brandished    ____

    4.     Discharged    ____

****

13

With respect to Count Eleven – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Murder of Christopher Lamont Motley,

WE, THE JURY, unanimously find the defendant, **KANAS LAMONT'E TRENT,**

**Guilty: _____        Not Guilty: _____**

If you found the defendant **KANAS LAMONT'E TRENT** Guilty of Count Eleven, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty.  Check <u>all</u> that apply:

1.      Used:            _____

2.      Carried:        _____

3.      Brandished    _____

4.      Discharged    _____

****

With respect to Count Eleven – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Murder of Christopher Lamont Motley:

WE, THE JURY, unanimously find the defendant, **DASHAUN LAMAR TRENT**,

**Guilty _____            Not Guilty _____**

If you found the defendant **DASHAUN LAMAR TRENT** Guilty of Count Eleven, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty.  Check <u>all</u> that apply:

1.      Used:            _____

2.      Carried:        _____

3.      Brandished    _____

4.      Discharged    _____

****

14

With respect to Count Eleven – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Murder of Christopher Lamont Motley:

WE, THE JURY, unanimously find the defendant, **PHILLIP DAEKWON MILES,**

**Guilty** _____          **Not Guilty** _____

If you found the defendant **PHILLIP DAEKWON MILES** Guilty of Count Eleven, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty. Check <u>all</u> that apply:

    1.     Used:        ____

    2.     Carried:    ____

    3.     Brandished    ____

    4.     Discharged    ____

****

With respect to Count Eleven – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Murder of Christopher Lamont Motley:

WE, THE JURY, unanimously find the defendant, **SHABBA LARUN CHANDLER,**

**Guilty** _____          **Not Guilty** _____

If you found the defendant **SHABBA LARUN CHANDLER** Guilty of Count Eleven, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty. Check <u>all</u> that apply:

    1.     Used:        ____

    2.     Carried:    ____

    3.     Brandished    ____

    4.     Discharged    ____

15

# COUNT TWELVE

With respect to Count Twelve – Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Justion Wilson on August 20, 2016:

WE, THE JURY, unanimously find the defendant, **MARCUS JAY DAVIS**,

Guilty _____          Not Guilty _____

****

With respect to Count Twelve – Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Justion Wilson on August 20, 2016:

WE, THE JURY, unanimously find the defendant, **KEVIN LAMONT TRENT, JR.**,

Guilty: _____          Not Guilty: _____

****

With respect to Count Twelve – Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Justion Wilson on August 20, 2016:

WE, THE JURY, unanimously find the defendant, **KANAS LAMONT'E TRENT**,

Guilty _____          Not Guilty _____

****

With respect to Count Twelve – Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Justion Wilson on August 20, 2016:

WE, THE JURY, unanimously find the defendant, **DASHAUN LAMAR TRENT**,

Guilty _____          Not Guilty _____

****

16

With respect to Count Twelve – Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Justion Wilson on August 20, 2016:

        WE, THE JURY, unanimously find the defendant, **PHILLIP DAEKWON MILES**,

        **Guilty** _____           **Not Guilty** _____

**\*\*\*\***

With respect to Count Twelve – Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Justion Wilson on August 20, 2016:

        WE, THE JURY, unanimously find the defendant, **SHABBA LARUN CHANDLER**,

        **Guilty:** _____        **Not Guilty:** _____

# COUNT THIRTEEN

With respect to Count Thirteen – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Justion Wilson on August 20, 2016:

WE, THE JURY, unanimously find the defendant, **MARCUS JAY DAVIS,**

**Guilty: _____          Not Guilty: _____**

If you found the defendant **MARCUS JAY DAVIS** Guilty of Count Thirteen, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty.  Check <u>all</u> that apply:

1.     Used:          ____

2.     Carried:      ____

3.     Brandished   ____

4.     Discharged   ____

****

With respect to Count Thirteen – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Justion Wilson on August 20, 2016:

WE, THE JURY, unanimously find the defendant, **KEVIN LAMONT TRENT, JR.,**

**Guilty _____          Not Guilty _____**

If you found the defendant **KEVIN LAMONT TRENT, JR.**, Guilty of Count Thirteen, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty.  Check <u>all</u> that apply:

1.     Used:          ____

2.     Carried:      ____

3.     Brandished   ____

4.     Discharged   ____

****

18

With respect to Count Thirteen – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Justion Wilson on August 20, 2016:

WE, THE JURY, unanimously find the defendant, **KANAS LAMONT'E TRENT,**

**Guilty** _____          **Not Guilty** _____

If you found the defendant **KANAS LAMONT'E TRENT** Guilty of Count Thirteen, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty.  Check <u>all</u> that apply:

1.    Used:              _____

2.    Carried:          _____

3.    Brandished     _____

4.    Discharged      _____

\*\*\*\*

With respect to Count Thirteen – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Justion Wilson on August 20, 2016:

WE, THE JURY, unanimously find the defendant, **DASHAUN LAMAR TRENT**,

**Guilty:** _____          **Not Guilty:** _____

If you found the defendant **DASHAUN LAMAR TRENT** Guilty of Count Thirteen, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty.  Check <u>all</u> that apply:

1.    Used:              _____

2.    Carried:          _____

3.    Brandished     _____

4.    Discharged      _____

\*\*\*\*

With respect to Count Thirteen – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Justion Wilson on August 20, 2016:

WE, THE JURY, unanimously find the defendant, **PHILLIP DAEKWON MILES,**

**Guilty** _____          **Not Guilty** _____

If you found the defendant **PHILLIP DAEKWON MILES** Guilty of Count Thirteen, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty. Check <u>all</u> that apply:

1.    Used:          _____

2.    Carried:       _____

3.    Brandished    _____

4.    Discharged    _____


****

With respect to Count Thirteen – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Justion Wilson on August 20, 2016:

WE, THE JURY, unanimously find the defendant, **SHABBA LARUN CHANDLER,**

**Guilty** _____          **Not Guilty** _____

If you found the defendant **SHABBA LARUN CHANDLER** Guilty of Count Thirteen, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty. Check <u>all</u> that apply:

1.    Used:          _____

2.    Carried:       _____

3.    Brandished    _____

4.    Discharged    _____

20

**COUNT FOURTEEN**

INTENTIONALLY LEFT BLANK

**COUNT FIFTEEN**

INTENTIONALLY LEFT BLANK

# COUNT SIXTEEN

With respect to Count Sixteen – Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Tyliek Conway on August 24, 2016:

WE, THE JURY, unanimously find the defendant, **KEVIN LAMONT TRENT, JR.**,

**Guilty** _____          **Not Guilty** _____


**\*\*\*\***

With respect to Count Sixteen – Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Tyliek Conway on August 24, 2016:

WE, THE JURY, unanimously find the defendant, **DASHAUN LAMAR TRENT**,

**Guilty** _____          **Not Guilty** _____


**\*\*\*\***

With respect to Count Sixteen – Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Tyliek Conway on August 24, 2016:

WE, THE JURY, unanimously find the defendant, **PHILLIP DAEKWON MILES**,

**Guilty** _____          **Not Guilty** _____

# COUNT SEVENTEEN

With respect to Count Seventeen – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Tyliek Conway on August 24, 2016:

WE, THE JURY, unanimously find the defendant, **KEVIN LAMONT TRENT, JR.**,

**Guilty: _____**          **Not Guilty: _____**

If you found the defendant **KEVIN LAMONT TRENT, JR.** Guilty of Count Seventeen, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty.  Check <u>all</u> that apply:

1.     Used:             _____

2.     Carried:         _____

3.     Brandished     _____

4.     Discharged     _____


\*\*\*\*

With respect to Count Seventeen – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Tyliek Conway on August 24, 2016:

WE, THE JURY, unanimously find the defendant, **DASHAUN LAMAR TRENT**,

**Guilty _____**          **Not Guilty _____**

If you found the defendant **DASHAUN LAMAR TRENT** Guilty of Count Seventeen, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty.  Check <u>all</u> that apply:

1.     Used:             _____

2.     Carried:         _____

3.     Brandished     _____

4.     Discharged     _____

\*\*\*\*

22

With respect to Count Seventeen – Use of a Firearm During a Violent Crime in Aid of Racketeering, to-wit: Attempted Murder of Tyliek Conway on August 24, 2016:

        WE, THE JURY, unanimously find the defendant, **PHILLIP DAEKWON MILES,**

        **Guilty** _____            **Not Guilty** _____

        If you found the defendant **PHILLIP DAEKWON MILES** Guilty of Count Seventeen, then you must also decide unanimously what act was done with the firearm for which you have found this defendant guilty.  Check <u>all</u> that apply:

        1.      Used:        \_\_\_\_

        2.      Carried:      \_\_\_\_

        3.      Brandished    \_\_\_\_

        4.      Discharged    \_\_\_\_

\*\*\*\*

**COUNT EIGHTEEN**

    INTENTIONALLY LEFT BLANK

**COUNT NINETEEN**

    INTENTIONALLY LEFT BLANK

# COUNT TWENTY

With respect to Count Twenty – Accessory After the Fact

    WE, THE JURY, unanimously find the defendant, **ASHLEY TIANA ROSS**,

**Guilty** _____          **Not Guilty** _____

# COUNT TWENTY-ONE

With respect to Count Twenty-One – Accessory After the Fact

    WE, THE JURY, unanimously find the defendant, **TENIKQUA FULLER**,

**Guilty** _____          **Not Guilty** _____

# COUNT TWENTY-TWO

With respect to Count Twenty-Two – Obstruction of Justice by Tampering with Proceedings on May 7, 2018:

    WE, THE JURY, unanimously find the defendant, **ASHLEY TIANA ROSS**,

**Guilty** _____          **Not Guilty** _____

# COUNT TWENTY-THREE

With respect to Count Twenty-Three – Obstruction of the Due Administration of Justice on May 7, 2018:

WE, THE JURY, unanimously find the defendant, **ASHLEY TIANA ROSS**,

**Guilty** _____          **Not Guilty** _____


**COUNT TWENTY-FOUR**

INTENTIONALLY LEFT BLANK

**COUNT TWENTY-FIVE**

INTENTIONALLY LEFT BLANK

# COUNT TWENTY-SIX

With respect to Count Twenty-Six – False Declarations Before a Grand Jury on May 7, 2018:

WE, THE JURY, unanimously find the defendant, **ASHLEY TIANA ROSS**,

**Guilty** _____          **Not Guilty** _____


# COUNT TWENTY-SEVEN

With respect to Count Twenty-Seven – False Declarations Before a Grand Jury on May 7, 2018:

WE, THE JURY, unanimously find the defendant, **ASHLEY TIANA ROSS**,

**Guilty** _____          **Not Guilty** _____


# COUNT TWENTY-EIGHT

With respect to Count Twenty-Eight – False Declarations Before a Grand Jury on May 7, 2018:

WE, THE JURY, unanimously find the defendant, **ASHLEY TIANA ROSS**,

**Guilty** _____          **Not Guilty** _____

## COUNT TWENTY-NINE

With respect to Count Twenty-Nine – False Declarations Before a Grand Jury on May 7, 2018:

WE, THE JURY, unanimously find the defendant, **ASHLEY TIANA ROSS**,

**Guilty** _____          **Not Guilty** _____

## COUNT THIRTY

With respect to Count Thirty – False Declarations Before a Grand Jury on May 7, 2018:

WE, THE JURY, unanimously find the defendant, **ASHLEY TIANA ROSS**,

**Guilty** _____          **Not Guilty** _____

## COUNT THIRTY-ONE

With respect to Count Thirty-One  – False Declarations Before a Grand Jury on May 7, 2018:

WE, THE JURY, unanimously find the defendant, **ASHLEY TIANA ROSS**,

**Guilty** _____          **Not Guilty** _____

## COUNT THIRTY-TWO

With respect to Count Thirty-Two – False Declarations Before a Grand Jury on May 7, 2018:

WE, THE JURY, unanimously find the defendant, **ASHLEY TIANA ROSS**,

**Guilty** _____          **Not Guilty** _____

## COUNT THIRTY-THREE

With respect to Count Thirty-Three – False Declarations Before a Grand Jury on May 7, 2018:

WE, THE JURY, unanimously find the defendant, **ASHLEY TIANA ROSS**,

**Guilty** _____          **Not Guilty** _____

## COUNT THIRTY-FOUR

With respect to Count Thirty-Four – False Declarations Before a Grand Jury on May 7, 2018:

WE, THE JURY, unanimously find the defendant, **ASHLEY TIANA ROSS**,

**Guilty** _____          **Not Guilty** _____

## COUNT THIRTY-FIVE

With respect to Count Thirty-Five – Witness Tampering on or about November 7, 2017:

WE, THE JURY, unanimously find the defendant, **PHILLIP DAEKWON MILES**,

**Guilty** _____          **Not Guilty** _____

## COUNT THIRTY-SIX

With respect to Count Thirty-Six – Obstruction of the Due Administration of Justice on or about November 7, 2017:

WE, THE JURY, unanimously find the defendant, **PHILLIP DAEKWON MILES**,

**Guilty** _____          **Not Guilty** _____

## COUNT THIRTY-SEVEN

With respect to Count Thirty-Seven – Witness Tampering on or around October or November 2017:

WE, THE JURY, unanimously find the defendant, **ASHLEY TIANA ROSS**,

**Guilty** _____          **Not Guilty** _____

27

## COUNT THIRTY-EIGHT

With respect to Count Thirty-Eight – Obstruction of the Due Administration of Justice on or around October or November 2017:

WE, THE JURY, unanimously find the defendant, **ASHLEY TIANA ROSS**,

**Guilty** _____          **Not Guilty** _____

## COUNT THIRTY-NINE

With respect to Count Thirty-Nine – Obstruction of the Due Administration of Justice on or about April 2018:

WE, THE JURY, unanimously find the defendant, **ASHLEY TIANA ROSS**,

**Guilty** _____          **Not Guilty** _____

## COUNT FORTY

With respect to Count Forty – Witness Tampering on or about April 24, 2018:

WE, THE JURY, unanimously find the defendant, **KEVIN LAMONT TRENT, JR.**,

**Guilty** _____          **Not Guilty** _____

So say we all this _____ day of _____, 2019.

_____
FOREPERSON

28